IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-mj-93 |
| RASHAWN TYRIQ PERKINS, | |
| *Defendant.* | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Nicholas A. Shively, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have

been so employed since October 25, 2021.  I am currently assigned to the FBI Washington Field

Office, Northern Virginia Violent Crimes Task Force.

2.      As an FBI Special Agent, I am an "investigative or law enforcement officer of the

United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an

officer of the United States empowered by law to conduct investigations of and to make arrests

for offenses enumerated in 18 U.S.C. §§ 1951 and 924.

3.      During the course of my employment as an FBI Special Agent, I have been

assigned to investigate violations of federal law, including robberies of banks, credit unions, and

commercial establishments.  I have specialized training and experience in the areas of robbery

investigations, interview and interrogation, evidence recovery, and cellular telephone analysis.

4.      Prior to becoming an FBI Special Agent, I was employed as a sworn law

enforcement officer with the Fairfax County Police Department ("FCPD") for approximately 9

years.  Over the course of my career in local law enforcement, I worked in various capacities as a patrol officer and narcotics detective.  During that time, I conducted numerous investigations involving violent crimes.

5.      I submit this affidavit in support of a criminal complaint and arrest warrant charging RASHAWN TYRIQ PERKINS ("PERKINS") with knowingly brandishing a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of 18 U.S.C. § 1959(a), in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

6.      The facts and information contained in this affidavit are based upon my personal knowledge, training, and experience, as well as information and evidence obtained from other law enforcement officials and witnesses.  All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of this investigation.  This affidavit contains information necessary to support probable cause for this application.  It is not intended to include each and every fact and matter observed by me or known to the United States.

**FACTUAL BASIS SUPPORTING PROBABLE CAUSE**

February 5, 2022 Armed Robberies

7.      At approximately 5:18 PM on or about February 5, 2022, two males ("Robber 1" and "Robber 2") entered the 7-Eleven located at 13190 Parcher Avenue (hereafter "the Parcher 7-Eleven") in Herndon, Virginia, within the Eastern District of Virginia.

8.      Robber 1 was a light-skinned black male who appeared to be in his twenties and had a medium height and a medium build.  Robber 1 was wearing: (a) distinctive red, black, and

white "AIR" sneakers; (b) dark pants; (c) a dark hooded sweatshirt bearing the word "adidas" and an Adidas logo in white; (d) a black balaclava; and (e) a red knit cap.

9. Robber 2 was a black male who appeared to be in his twenties and had a tall height and a thin build. Robber 2 was wearing: (a) dark sneakers with white soles, edges, and tongues; (b) gray and black pants; (c) a dark hooded sweatshirt with a white "Play Station" logo on the front, white writing on the sleeves, and a white Play Station logo on the back; and (e) a black balaclava.

10. Robber 1 produced a handgun that appeared to be a 1911-style firearm and pointed it at a salesclerk. When Robber 1 produced the firearm, Robber 2 went around the counter and took cash from two registers. Robbers 1 and 2 then left the store. The Parcher 7-Eleven reported to law enforcement that $300 in United States currency was stolen in the robbery.

11. Roughly ten minutes later, at approximately 5:28 PM, Robbers 1 and 2 entered the Sunoco gas station located at 13470 Coppermine Road (hereafter "the Coppermine Sunoco") in Reston, Virginia, within the Eastern District of Virginia.

12. Robber 1 produced the 1911-style firearm and pointed it directly at the salesclerk. While Robber 1 held the salesclerk at gunpoint, Robber 2 walked around the sales counter and took cash from the register. Robbers 1 and 2 then left the store. The Coppermine Sunoco reported to law enforcement that $260 in United States currency was stolen in the robbery.



Robbers 1 and 2 robbing the Sunoco salesclerk at gunpoint

13.     Investigators identified PERKINS as a suspect in both of the robberies described above and noted that he matched Robber 1's description.

14.     In the course of investigating PERKINS, FCPD detectives found PERKINS' public Facebook profile and noted that he owned distinctive sneakers consistent with those worn by Robber 1 during both of the robberies described above.



Shoes worn by Robber 1 during Feb. robberies  /  Picture of PERKINS from his Facebook profile

4

15.     FCPD detectives also found PERKINS' public Instagram profile and noted that PERKINS had posted pictures of himself wearing a red knit cap, a black balaclava, and shoes consistent with those worn by Robber 1 during both of the robberies described above.



Picture of Robber 1    /          Pictures from PERKINS' Instagram account.

16.     FCPD detectives sought and obtained a real-time search warrant for PERKINS' Facebook account from a Fairfax County Circuit Court judge.   After executing that search warrant, FCPD detectives learned that an electronic device accessing PERKINS' Facebook account was located at an apartment building located at 7971 Audubon Avenue in Alexandria, Virginia during multiple overnight hours in late February 2022, suggesting that he was spending the night at that residence.

17.     On or about February 18, 2022, investigators physically observed PERKINS exit that Audubon apartment building wearing a red knit hat consistent with the hat worn by Robber 1 during the robberies.   Law enforcement established stationary video surveillance in the vicinity of that apartment building and, over the course of the next three days, PERKINS was seen entering and exiting a particular apartment in that building multiple times and appearing to stay inside that residence during the overnight hours.

18.    At approximately 5:20 AM on or about February 23, 2022, members of the FCPD's tactical unit executed a search warrant on PERKINS' Audubon residence.   While officers were at the front door, other officers on-scene saw PERKINS throw a handgun out of a bedroom window.   Those officers located and remained with that firearm until it was later collected by the FCPD Crime Scene Unit.   The firearm, which was a PUMA, model 1911, .22 caliber firearm bearing serial no. 11D08888, is consistent with the firearm Robber 1 brandished.



Firearm brandished by Robber 1 on February 5, 2022



Firearm PERKINS tossed out of window

19.    After being advised of his *Miranda* rights and acknowledging that he understood those rights, PERKINS elected to speak with FCPD detectives.  PERKINS admitted to throwing the firearm out of the window because he was a felon and not allowed to possess it.  PERKINS said that he bought the gun for protection approximately one year prior to February 23, 2022 for $200 and did not know whether or not it was stolen.

20.    A search of the residence led to the discovery of clothing items consistent with clothing items worn by Robber 1 during the February 5, 2022 robberies.  Specifically, those items were the dark Adidas sweatshirt, the red knit cap, the "AIR" sneakers, and two black balaclavas.



Sweatshirt, hat, and shoes worn by Robber 1 during the February 5, 2022 robberies



Clothing seized from the Audubon residence by FCPD

21.     A search of the apartment also led to the discovery of other distinctive clothing items tying PERKINS to numerous other armed commercial robberies in Northern Virginia, including previous other robberies of the Parcher 7-Eleven and the Coppermine Sunoco.

22.     These clothing items include: (a) a black hooded jacket with 5 small, metallic circles on the left shoulder; (b) black Nike shoes with a white Nike "swoosh;" (c) a dark green puffy jacket with a camouflage pattern on the inside; and (d) black and white high-top sneakers with "33 Ewing" on the back of one and "2 Chainz" on the back of the other.

Previous Armed Robberies

23.     At approximately 8:39 PM on or about April 3, 2018, a light-skinned black male resembling PERKINS entered the Shell gas station ("the Sudley Shell") located at 8195 Sudley Road in Manassas, Virginia.  The man was wearing a black hooded jacket matching one of the jackets recovered from the Audubon residence on February 23, 2022.  The man approached the counter and produced a handgun with a black lower frame and a silver slide.  He pointed the firearm at the salesclerk and demanded cash from the register.  The man took between approximately $250 to $300 in United States Currency from both registers and left.

 

PERKINS            /            Still image from 04/03/18 Sudley Shell Robbery



Still images from 04/03/18 Sudley Shell robbery

  

Clothing items recovered from the Audubon residence on 02/23/22

24.     At approximately 11:07 PM on or about October 25, 2018, a male subject wearing a jacket consistent with the jacket pictured above entered the Exxon gas station located at 7113 Sudley Road in Manassas, Virginia.  The man brandished a handgun with a black lower frame and a silver slide, pointed it at the salesclerk, went behind the sales counter, took approximately $72.50 in United States currency out of the register before leaving the store.

25.     At approximately 11:30 PM on or about December 12, 2018, a male subject wearing a jacket and sneakers consistent with those recovered from the Audubon residence entered the Coppermine Sunoco.  The subject produced a handgun with a black lower frame and a silver slide, pointed it at the salesclerk, and demanded money from the cash register.  The salesclerk complied with the robber's demand and opened both registers, and the robber fled with approximately $458 in United States currency taken from those registers.  The tread pattern on the black and white Nike sneakers seized from the Audubon residence on February 23, 2022 is consistent with that of a footwear impression that was collected at the Coppermine Sunoco crime scene on December 12, 2018.



Still images from the 12/12/18 Coppermine Sunoco robbery



Clothing items recovered from Audubon residence

26.     On or about October 8, 2020, a man matching PERKINS' description robbed the Coppermine Sunoco.   That subject did not use a firearm but instead punched the salesclerk multiple times in the head and stole approximately between $100 and $200 in United States currency from the register.   He appeared be wearing "Ewing" shoes consistent with those recovered from the Audubon residence.



*Still images from the 10/08/2020 strong-arm robbery of the Coppermine Sunoco*




*Shoes seized at Audubon residence on 02/23/2022*

27.     On or about December 30, 2021, a male subject matching PERKINS' description and wearing a camouflage jacket,[1] ripped jeans, and Nike sneakers consistent with those seized from the Audubon residence entered the Parcher 7-Eleven and walked behind the sales counter with a firearm in his hand.  He put the firearm to a salesclerk's stomach and told him to give him all the money.  The salesclerk opened the register, and the robber took approximately $100-200 United States currency from that register and fled.  Historical cell site data obtained via records responsive to a Fairfax County search warrant show that PERKINS' phone was in the vicinity of the Parcher 7-Eleven when it was robbed.

     

Still image from 12/30/2021 robbery /    Camouflage Nautica jacket found in Audubon residence

28.     On or about January 19, 2022, a subject wearing a puffy jacket and "Ewing" sneakers consistent with those seized from the Audubon residence entered the Coppermine Sunoco and brandished a 1911-style firearm in the course of robbing the store of approximately $800 in United States currency.  The firearm is visually consistent with the firearm FCPD officers observed PERKINS throw out the window of the Audubon residence and recovered.

---

[1] The green jacket seized from the Audubon residence has a camouflage lining and is reversible.



Still images from the 01/19/2022 Coppermine Sunoco robbery surveillance footage.



Puffy jacket, balaclava, and firearm seized at Audubon residence on 02/23/2022



Shoes seized at Audubon residence on 02/23/2022

13



Firearm seized at Audubon residence     / Still image from 01/19/22 Coppermine Sunoco robbery

29.     Historical cell site data obtained via records responsive to a Fairfax County search warrant show that PERKINS' phone was in the vicinity of the Coppermine Sunoco when it was robbed on January 19, 2022.

30.     Later in the evening or about January 19, 2022, two robbers entered the 7-Eleven located at 6138 North Kings Highway ("the North Kings 7-Eleven") in Alexandria, Virginia. The men robbed the 7-Eleven at gunpoint.  Historical cell site data obtained via records response to a Fairfax County search warrant show that PERKINS' phone was in the vicinity of the North Kings 7-Eleven when it was robbed on January 19, 2022.

31.     At the times of the robberies discussed in this Affidavit, all of the establishments referenced in the Affidavit were located in the Eastern District of Virginia and received goods that were transported in interstate commerce.   As a result of each robbery, each of the establishments referenced in this Affidavit was temporarily closed to complete the investigation into the robbery.

## CONCLUSION

Based upon the foregoing facts, I submit there is probable cause to conclude that, on or about February 5, 2022, at the Coppermine Sunoco, within the Eastern District of Virginia, RASHAWN TYRIQ PERKINS knowingly brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference

with commerce by robbery, in violation of 18 U.S.C. § 1959(a), in violation of 18 U.S.C.

§ 924(c)(1)(A)(ii).

Nicholas A. Shively, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P.
4.1 via telephone on April 22, 2022.

John F. Anderson   Digitally signed by John F.
Anderson
Date: 2022.04.22 11:16:28 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge

15