IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



Criminal No. 1:22-cr-114

UNITED STATES OF AMERICA

v.

RASHAWN TARIQ PERKINS,

*Defendant.*

Counts 1, 3, 5, 6, 8, 11, and 13:
Interference with Commerce by Robbery (18
U.S.C. § 1951(a))

Counts 2, 4, 7, 9, 12, and 14:
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of
Violence (18 U.S.C. § 924(c)(1)(A)(ii))

Counts 10, 15, and 16:
Possession of a Firearm by a Prohibited
Person (18 U.S.C. § 922(g)(1))

Forfeiture Notice

INDICTMENT

June 2022 Term – at Alexandria

Count One
(*Interference with Commerce by Robbery*)

THE GRAND JURY CHARGES THAT:

On or about April 3, 2018, in Prince William County, Virginia, within the Eastern District

of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and

affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the

movement of articles and commodities in such commerce, by robbery as that term is defined in

Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain

personal property consisting of United States currency belonging to the Shell gas station located

at 8195 Sudley Road, Manassas, Virginia, in the presence of an employee against his will by means

of actual and threatened force, violence, and fear of immediate and future injury to his person,

1

while the employee engaged in commercial activities as an employee of the Shell gas station, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

<u>Count Two</u>
*(Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 3, 2018, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the Shell gas station located at 8195 Sudley Road, Manassas, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count One of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

3

<u>Count Three</u>
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 12, 2018, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of United States currency belonging to the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in the presence of an employee against his will by means of actual and threatened force, violence, and fear of immediate and future injury to his person, while the employee engaged in commercial activities as an employee of the Sunoco gas station, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

4

Count Four
(*Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 12, 2018, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Three of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

<u>Count Five</u>
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 8, 2020, in Fairfax County, Virginia, within the Eastern District of

Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect

commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement

of articles and commodities in such commerce, by robbery as that term is defined in Title 18,

United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal

property consisting of United States currency belonging to the Sunoco gas station located at 13470

Coppermine Road, Herndon, Virginia, in the presence of an employee against his will by means

of actual and threatened force, violence, and fear of immediate and future injury to his person,

while the employee engaged in commercial activities as an employee of the Sunoco gas station, a

business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

6

<u>Count Six</u>
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 30, 2021, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of United States currency belonging to the 7-Eleven convenience store located at 13190 Parcher Avenue, Herndon, Virginia, in the presence of employees against their will by means of actual and threatened force, violence, and fear of immediate and future injury to their persons, while the employees engaged in commercial activities as employees of the 7-Eleven convenience store, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

<u>Count Seven</u>
*(Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 30, 2021, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the 7-Eleven convenience store located at 13190 Parcher Avenue, Herndon, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Six of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

<u>Count Eight</u>
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 19, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of United States currency belonging to the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in the presence of employees against their will by means of actual and threatened force, violence, and fear of immediate and future injury to their persons, while the employees engaged in commercial activities as employees of the Sunoco gas station, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

<u>Count Nine</u>
(*Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 19, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Eight of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

10

Count Ten
(*Possession of a Firearm by a Prohibited Person*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 19, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

| Crime | Convicted On or About | In the Circuit Court for |
|---|---|---|
| Grand Larceny | October 28, 2013 | Fairfax County, Virginia |
| Possession of a Firearm by a Convicted Felon | April 1, 2015 | Fairfax County, Virginia |
| Receiving Stolen Property | July 17, 2015 | Loudoun County, Virginia |

knowingly possessed a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun bearing serial no. 11D08888, in and affecting commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

<u>Count Eleven</u>
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 5, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of United States currency belonging to the 7-Eleven convenience store located at 13190 Parcher Avenue, Herndon, Virginia, in the presence of employees against their will by means of actual and threatened force, violence, and fear of immediate and future injury to their persons, while the employees engaged in commercial activities as employees of the 7-Eleven convenience store, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

Count Twelve
(*Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 5, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the 7-Eleven convenience store located at 13190 Parcher Avenue, Herndon, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Eleven of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

13

Count Thirteen
*(Interference with Commerce by Robbery)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 5, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property consisting of United States currency belonging to the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in the presence of an employee against his will by means of actual and threatened force, violence, and fear of immediate and future injury to his person, while the employee engaged in commercial activities as an employee of the Sunoco gas station, a business that was engaged in and that affected interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

Count Fourteen
*(Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 5, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, did knowingly use, carry, and brandish a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery of the Sunoco gas station located at 13470 Coppermine Road, Herndon, Virginia, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Thirteen of this Indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).)

<u>Count Fifteen</u>
(*Possession of a Firearm by a Prohibited Person*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 5, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

| Crime | Convicted On or About | In the Circuit Court for |
|---|---|---|
| Grand Larceny | October 28, 2013 | Fairfax County, Virginia |
| Possession of a Firearm by a Convicted Felon | April 1, 2015 | Fairfax County, Virginia |
| Receiving Stolen Property | July 17, 2015 | Loudoun County, Virginia |

knowingly possessed a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun bearing serial no. 11D08888, in and affecting commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

Count Sixteen
(*Possession of a Firearm by a Prohibited Person*)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 23, 2022, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RASHAWN TARIQ PERKINS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

| Crime | Convicted On or About | In the Circuit Court for |
|---|---|---|
| Grand Larceny | October 28, 2013 | Fairfax County, Virginia |
| Possession of a Firearm by a Convicted Felon | April 1, 2015 | Fairfax County, Virginia |
| Receiving Stolen Property | July 17, 2015 | Loudoun County, Virginia |

knowingly possessed a firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun, bearing serial no. 11D08888, in and affecting commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

17

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, RASHAWN TARIQ PERKINS, is hereby notified that if convicted of violating 18 U.S.C. § 1951(a), as alleged in this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

Pursuant to Rule 32.2(a), the defendant, RASHAWN TARIQ PERKINS, is further notified that if convicted of violating any Count alleged in this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c), all firearms and ammunition involved in or used in such violation.

The property subject to forfeiture includes, but is not limited to, the following:

(a)    One firearm, namely, a Chiappa Puma, model 1911-22, .22 caliber handgun bearing serial no. 11D08888, with any accompanying magazines and ammunition.

Pursuant to 21 U.S.C. § 853(p), the defendant, RASHAWN TARIQ PERKINS, shall forfeit substitute property, if, by any act or omission of the defendant, RASHAWN TARIQ PERKINS, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Federal Rule of Criminal Procedure 32.2(a).)

18

A TRUE BILL

*Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

FOREPERSON

Jessica D. Aber
United States Attorney

By:

John C. Blanchard
Nicholas J. Patterson
Assistant United States Attorneys

19