UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAWN TYRIQ PERKINS,<br>*Defendant.* | Case Number 1:22-cr-114 |

ORDER

This matter came before the Court upon defendant's Motion to Suppress Unlawful Searches (Dkt. No. 30). The Court has reviewed the defendant's motion, the government's response (Dkt. No. 31), and the defendant's reply (Dkt. No. 32), and carefully considered the arguments of counsel. For the reasons stated from the bench, it is hereby

ORDERED that defendant's Motion to Suppress Unlawful Searches (Dkt. No. 30) is DENIED.

/s/
Michael S. Nachmanoff
United States District Judge

September 1, 2022
Alexandria, Virginia